IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J & J SPORTS PRODUCTIONS, INC.                                            PLAINTIFF

v.                              No. 4:10CV01988 JLH

RODRICK DAREL TIDWELL, Individually and
d/b/a Robert's Sports Bar & Grill                                         DEFENDANT

## ORDER

The motion for entry of appearance *pro hac vice* is GRANTED. Document #3. Thomas P. Riley is hereby permitted to appear and participate in this action as counsel for plaintiff. The requirement of Local Rule 83.5(d) that Thomas P. Riley designate local counsel is waived.

IT IS SO ORDERED this 14th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE