## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

J & J SPORTS PRODUCTIONS, INC.                                                            PLAINTIFF

v.                                          NO. 4:10CV01988 JLH

JOHN STACY TIDWELL, individually,
and d/b/a Robert's Sports Bar & Grill                                                      DEFENDANT

### **O R D E R**

      The Court's attention has been directed to the fact that defendant JOHN STACY TIDWELL herein is presently proceeding *pro* se.

      The purpose of this Order is to direct defendant's attention to the fact that he is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court.  Failure to comply <u>may</u> result in default judgment being entered against him.

      The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the United States District Court Clerk for the Eastern District of Arkansas.  Defendant is hereby instructed to be familiar and comply with said Rules.

      The Clerk of Court is directed to serve this Order on defendant JOHN STACY TIDWELL by both regular mail and certified mail, return receipt requested.

      IT IS SO ORDERED this 28th day of March, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE